last past unlawfully Seize & take away the goods appertaining to the s^d Henry Ellis from onboard his Vessell to the value of Five hundred pounds or thereabout and the s^d goods do still wrongfully detain with all other due damages. [ 627 ] . . . The Jury . . . found for the plaint. the goods Sued for and One hundred and Fifty pounds damage Or three hundred Forty three pounds eight Shillings eight pence money & costs of Court Fifty Six Shillings four pence.

Execution issued 4° Feb^r 1679.

### WILLET cont^a HUNT

James Willet plaint. cont^a Peter Hunt Defend^t The plaint. withdrew his Accion.

### SAVAGE cont^a THAYER

Major Thomas Savage plaint. cont^a Richard Thayer Def^t The plaint. withdrew his Accion.

### JNDICOTT cont^a KENT &c^a

John Jndicott plaint. cont^a William Kent & Richard Knight Attournys to Samuel Hawford Defend^t in an accion of debt of twenty pounds or there about in money, due to the said Jndicott from the Estate of s^d Hawford, they having promised to pay s^d Jndicott what shall appeare to bee due from s^d Estate unto him according to Attachm^t This case was Submitted by consent of partys to the Bench without a Jury who upon a full hearing of the case and consideration of the Evidence presented, gave Judgem^t for the plaint. twenty pounds Fourteen Shillings six pence money and costs of Court three pounds four Shillings.

### FLOYD cont^a BAKER

John Floyd Assigne of James Bill Sen^r plaint. cont^a Thomas Baker, who married the Relict and Adm^x of John Smith Jun^r dece^d Defend^t in an accion of debt of Fifty pounds money being the Forfiture of a bond bearing date. 26° Septemb^r 1674. under s^d Smith's hand and Seale according to attachm^t. . . . The Jury . . . found for the Defend^t costs of Court.